UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINE ANDERSEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VALLEY COUNTY, an Idaho municipal corporation; SKIP CLAPP, individually; SKIP CLAPP, in his official capacity as an employee of Valley County, and in his individual capacity; RON JENKS, individually; RON JENKS, in his official capacity as an employee of Valley County, and in his individual capacity; KENNETH ARMENT, individually; KENNETH ARMENT, in his official capacity as an employee of Valley County, and in his individual capacity; and DOES 1-25, inclusive, in the individual, official, corporate, municipal and governmental capacities, yet to be named,<br><br>　　　　　　Defendants. | Case No. Case No. 1:16-CV-00554-CWD<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

　　　　The parties having filed a Stipulation to Dismiss Complaint with Prejudice, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation (Dkt. 40) is APPROVED, and that this case is

**ORDER DISMISSING COMPLAINT WITH PREJUDICE - 1**

DISMISSED WITH PREJUDICE and with each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED that the Clerk close this case.

Dated: **August 16, 2017**

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER DISMISSING COMPLAINT WITH PREJUDICE - 2**